# UNITED STATES DISTRICT COURT
for the
District of Columbia

TXED  4:21mj64

United States of America
v.
Nolan B. Cooke
xx-xx-xxxx

*Defendant(s)*

FILED: **1/21/21**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

Case: 1:21-mj-00143
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/21/2021
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 6, 2021 in the county of Washington in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 231(a)(3) | Acts during civil disorder |
| 18 U.S.C. § 1752 (a)(1) and (2) | Entering/remaining on restricted buildings or grounds & Disorderly/ disruptive conduct in or near restricted building or grounds |
| 40 U.S.C. § 5104(e)(2)(D) | Unlawful activities on Capitol grounds |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Jamie Vera, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/21/2021

2021.01.21
15:30:44 -05'00'
*Judge's signature*

City and state: Washington, District of Columbia

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*