# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 4:21-MJ-00064 |
| v. | § |
| | § |
| | § |
| NOLAN B. COOKE | § |

## ORDER

The Defendant's initial appearance was held on January 22, 2021. Pursuant to Federal Rule of Criminal Procedure 5.1, the Court conducted a preliminary hearing on January 22, 2021. Defendant executed a waiver at hearing. Based on the signed waiver, the Court finds that there is probable cause to believe that an offense has been committed and that Defendant, NOLAN B. COOKE , should be held over to answer to the grand jury.

**IT SO ORDERED**.

Signed this 22nd day of January, 2021.

CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE